UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-153 (RHK/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LEIGHTON MUNGER, ) | |
| ) | |
| Defendant. ) | |

Based on defendant's motion for an extension in the deadlines for sentencing submissions in this case, and for good cause shown, IT IS ORDERED that:

Defendant's motion is GRANTED. Objections to the PSI shall be communicated to the Probation Office on or before July 15, 2005, and a sentencing position shall be filed with the Court on or before July 22, 2005.

Dated: June  29 , 2005

                    s/Richard H. Kyle
                    Hon. Richard H. Kyle
                    United States District Judge